# MANDATE

## STATE OF TENNESSEE

_To the Honorable Judge of the U.S. District Court, Eastern District_

_Whereas, in our **Supreme Court, Middle Division** at **Nashville**, it was adjudged and ordered in the cause of **Janice W. Purkey v. American Home Assurance Company d/b/a AIG Insurance Company** appealed to our said Court that the same be remanded thereto for further proceedings and final determination therein._

_These are, therefore, to require you, the **U.S. District Court, Eastern District** as aforesaid, that you proceed with the execution of this Judgment of our said **Supreme Court** by such further proceedings in your Court as shall effectuate the objects of this order to remand, and attain the ends of justice._

_**Witness**, Michael W. Catalano, **Clerk of said Court at office in Nashville.**_

Michael W. Catalano, Clerk

By _____Chris Veaker_____, Deputy Clerk